Civil- (Dec-2008)

HONORABLE: Kari A. Dooley

DEPUTY CLERK Kristen Gould   RPTR/ECRO/TAPE Tracy Gow

TOTAL TIME: ____ hours  11  minutes

DATE: 7/10/2023   START TIME: 10:27am   END TIME: 10:38am

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:23-cv-00243-KAD

Srednicki                                    Seth R. Klein
                                             Plaintiff's Counsel
            vs
Cigna Health and Life Insurance Comp         Warren Haskel, Joshua B. Simon
                                             Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing                [ ] Show Cause Hearing
[ ] Evidentiary Hearing           [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] ..... # 28 ___ Motion for Final Approval of Class Action Settlement   [✓] granted [ ] denied [ ] advisement
[ ] ..... # ___ Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] ..... # ___ Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] ..... # ___ Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] ..... # ___ Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] ..... # ___ Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] ..... # ___ Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] .....       [ ] Briefs(s) due _____ [ ] Proposed Findings due _____ Response due _____
[ ] ..........  _____   [ ] filed [ ] docketed
[ ] ..........  _____   [ ] filed [ ] docketed
[ ] ..........  _____   [ ] filed [ ] docketed
[ ] ..........  _____   [ ] filed [ ] docketed
[ ] ..........  _____   [ ] filed [ ] docketed
[ ] ..........  _____   [ ] filed [ ] docketed
[ ] ..........  Hearing continued until _____ at _____

Notes: